AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALI FLYNN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER OUTTEN #12591, OFFICER SURVILLION #8897, OFFICER VALADEZ #9534, OFFICER ESPEJO #7966, OFFICER REDDING #5333, and the CITY OF CHICAGO,<br><br>Defendants.<br><br>To: OFFICER SURVILLION #8897<br>c/o Chicago Police Headquarters<br>3510 S. Michigan Ave.<br>Chicago, IL 60653 | **SUMMONS**<br><br>No. 08 CV 4129<br>JUDGE KENNELLY<br>Judge MAGISTRATE JUDGE KEYS<br>Magistrate Judge |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____     _____
(By) Deputy Clerk                                     Date

**Michael W. Dobbins, Clerk**

*Jacqueline Hallimon*
(By) DEPUTY CLERK



**July 21, 2008**
Date

Received Fax : Aug 20 2008 12:26PM Fax Station : Law Offices

Jun 13-08 01:51p    Law Offices                              312-372-7076         p.14

CASE 08 CV 4129

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | Date 8-19-08 |
| NAME OF SERVER (PRINT) Dan Thompson | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: SERVED P.O. SURVILLION #8897 C/O CHICAGO POLICE DEPT. HEAD QUARTERS C/O PAT MARTIN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  8-19-08
           Date

Signature of Server

C/O Metro Service Inc.   4647 W 103rd St
Address of Server         Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.