AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALI FLYNN,

   Plaintiff,

   v.

OFFICER OUTTEN #12591, OFFICER SURVILLION #8897, OFFICER VALADEZ #9534, OFFICER ESPEJO #7966, OFFICER REDDING #5333, and the CITY OF CHICAGO,

   Defendants.

**SUMMONS**

No.  08 CV 4129
     JUDGE KENNELLY
Judge  MAGISTRATE JUDGE KEYS
Magistrate Judge

To: OFFICER REDDING #5333
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____      _____
(By) Deputy Clerk                                         Date

Michael W. Dobbins, Clerk

*Jacqueline Hallinan*
-------------------------------------              _____July 21, 2008_____
(By) DEPUTY CLERK                                        Date



Received Fax : Aug 20 2008 12:26PM Fax Station : Law Offices 8
Case 1:08-cv-04129    Document 14    Filed 08/24/2008    Page 2 of 2

Jun 13 08 01:51p    Law Offices    312-372-7076    p.14

CASE: 08CV4129

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | Date 8-19-08 |
| NAME OF SERVER (PRINT) Dan Thompson | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: _SERVED P.O. REDDING # 5333 C/O CHICAGO POLICE DEPT. HEADQUARTERS C/O PAT MARTIN_

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  8-19-08
                Date

Signature of Server

C/O Metro Service Inc.   4647 W 103rd St
Address of Server          Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.