**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**ALI FLYNN**<br>v.<br>**OFFICER OUTTEN; OFFICER SURVILLION; OFFICER VALADEZ; OFFICER ESPEJO; OFFICER REDDING; and CITY OF CHICAGO,** | Case Number: **08 CV 4129** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**OFFICER OUTTEN; OFFICER SURVILLION; OFFICER VALADEZ; OFFICER ESPEJO; OFFICER REDDING; and CITY OF CHICAGO**

| |
|---|
| NAME (Type or print)<br>**Terrence M. Burns** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  **s/ Terrence M. Burns (ARDC #3122331)** |
| FIRM<br>**Dykema Gossett PLLC** |
| STREET ADDRESS<br>**10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP<br>**Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC No. 3122331 | TELEPHONE NUMBER<br>(312) 876-1700 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on **September 5, 2008**, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Sean M. Baker
Erica E. Faaborg
Abbas Badruddin Merchant
Elliott S. Richardson
Rachelle M. Sorg
Horowitz Richardson & Baker, LLC
20 S. Clark Street - Suite 500
Chicago, IL 60603
Phone: 312.676.2100
Fax: 312.372.7076
bhorwitz@hrbattorneys.com


                                                s/Terrence M. Burns  (ARDC No. 3122331)
                                              Terrence M. Burns